# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIGEL LeBLANC, *et al.*, | : | CIVIL ACTION |
|     *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DELAWARE COUNTY BOARD of | : | |
| PRISON INSPECTORS, *et al.*, | : | |
|     *Defendants*. | : | No. 10-3704 |

## O R D E R

**AND NOW**, this 13th day of July, 2011, upon consideration of Defendant Delaware County Board of Prison Inspectors' Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part, as follows:

**1.** As to the Plaintiffs' claims against the Delaware County Board of Prison Inspectors under 42 U.S.C. § 1983, the Motion is **GRANTED**.

**2.** As to the Plaintiffs' claims against the Delaware County Board of Prison Inspectors under Title VII of the Civil Rights Act of 1964, the Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE